**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 15-6264**

———————————

RAYMOND EDWARD GILL,

             Plaintiff - Appellant,

       v.

UNITED STATES OF AMERICA; US PAROLE AND PROBATION; CJA-
ATTORNEY,

             Defendants - Appellees.

———————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Richard D. Bennett, District Judge.
(1:15-cv-00111-RDB)

———————————

Submitted:  April 23, 2015          Decided:  April 28, 2015

———————————

Before SHEDD, DUNCAN, and THACKER, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Raymond Edward Gill, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raymond Edward Gill appeals the district court's order denying relief on his complaint alleging violations pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971), and 42 U.S.C. § 1983 (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Gill v. United States, No. 1:15-cv-00111-RDB (D. Md. Feb. 12, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED